UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY ARISTILDE,<br>    Plaintiff,<br><br>v.<br><br>JOHN CAPOBIANCO, *et al.*,<br>    Defendants. | :<br>:<br>:<br>:  No. 5:26-cv-0166<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 23rd day of January, 2026, upon consideration of Plaintiff Stanley Aristilde's Motion to Proceed *In Forma Pauperis*, ECF No. 1, *pro se* Complaint, ECF No. 2, "Motion for Money Damages," ECF No. 3, "Motion for Structural Injunction," ECF No. 4, and "Motion for Restoration of Driving Privilege," ECF No. 5, and for the reasons stated in the Memorandum issued this date, **IT IS ORDERED THAT**:

1. The Motion to Proceed *in forma pauperis*, ECF No. 1, is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint, ECF No. 2, is **DISMISSED with prejudice** as frivolous and for failure to state a claim for the reasons provided in the Court's Memorandum.

4. The "Motion for Money Damages," ECF No. 3, "Motion for Structural Injunction," ECF No. 4, and "Motion for Restoration of Driving Privilege," ECF No. 5, are **DENIED**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1
012326